NUNC PRO TUNC
APR 1 5 2013

2013 APR 16 PM 3: 40

March 27, 2013

U.S. District Court
Southern District of California
333 West Broadway Suite 420
San Diego CA 92101

RE: **Eileen Johansson-Dohrmann vs. Cbr Systems Inc.,**
**Case No. 12-cv-1115**
**(CBD) 1-10-83778-7**

Dear Sirs:

I, Ivelisse Reyes, member of the Settlement Class, object the proposed settlement in Eileen Johansson-Dohrmann vs. Cbr Systems Inc., Case No. 12-CV-1115 because the agreement doesn't include an amount for my personal damages.

Cbr did not have reasonable policies and security measures to protect the confidential information it collected and maintained. Cbr created unnecessary risks to personal information by, among other things, transporting backup tapes, a thumb drive and other portable data storage devices containing personal information in a way that made the information vulnerable to thief. Cbr was negligent.

Cbr offered, as part of their services, guard my biological material and personal information, under strict security and confidentiality. I have paid for this services annually for 10 years.

The behavior of Cbr and the news that my personal and private information was stolen and the potentially danger that this information could be used unduly or criminally in my detriment, has created in me enough emotional concern and anguish. I understand that I should be compensate for this damages, as part of the settlement in a not less amount of $5,000.00, for me and each Class members.

Page 2

I don't have plans to appear at the hearing and I don't have lawyer. I have only the Law firm representing the Settlement Class.

Cordially yours,

Ivelisse Reyes
HC 1 Box 4652
Utuado PR 00641-9359

cc

Gilardi & Co. LLC
P.O. Box 8090
San Rafael, Rafael, CA 94912-8090

Patrick N. Keegan, Esq.
Keegan % Baker LLP
6870 Embarcadero Lan
Carlsbad, CA 92011

Connie J. Wolfe, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
501 West Broadway, Suite 1100
San Diego CA 92101

Evelisse Reyes
4(C-61 Box 4652
JTUADO P.R. 00641-9859

U.S. District Court
Southern District of California
333 West Broadway Suite 420
San Diego CA 92101