# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN JOHANSSON-DOHRMANN, on behalf of herself, all other persons similarly situated and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>CBR SYSTEMS, INC. and DOES 1 through 100,<br><br>Defendants. | CASE NO. 12-cv-1115-MMA (BGS)<br><br>**TENTATIVE ORDER RE FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Currently set for hearing before the Court on Tuesday, July 23, 2013, is Plaintiff's motion for final approval and attorneys' fees. [Doc. No. 29.] Having considered the parties' submissions, and in anticipation of Tuesday's hearing, the Court issues the following tentative ruling:

The Court tentatively **GRANTS** Plaintiff's motions in their entirety, and finds the proposed settlement of this class action appropriate for final approval pursuant to Federal Rule of Civil Procedure 23(e). The Court tentatively finds that the proposed settlement appears to be the product of serious, informed, non-collusive negotiations, has no obvious deficiencies, and does not improperly grant preferential treatment to any individuals. The Court further tentatively finds that the settlement was entered into in good faith; that the settlement is fair, reasonable and adequate; and that Plaintiffs have satisfied the standards for final approval of a class action

settlement under federal law. The Court tentatively **OVERRULES** all objections to the settlement.

Additionally, the Court tentatively finds the negotiated attorneys' fees and costs amount reasonable in light of the percentage of the requested fees in relation to the total value available to class members. Finally, the Court tentatively finds the class representative service payment is reasonable.

In anticipation of the hearing, the Court requests that the parties be prepared to answer the following question, either by directing the Court's attention to the location in the record where the issue is addressed or, in the alternative, by advising the Court how the parties intend to address the issue prior to final approval of the settlement:

> If money remains in the separate reimbursement funds (containing two million dollars ($2,000,000) and five-hundred thousand dollars ($500,000), respectively) following expiration of the relevant claim periods, who or what is the recipient of the excess funds?

**IT IS SO ORDERED.**

DATED: July 22, 2013

Hon. Michael M. Anello
United States District Judge